**Order entered November 15, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00963-CV

### IN THE MATTER OF D.J., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00931-X**

### ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to appoint counsel for appellant as assistant public defender and trial counsel Rebecca Garcia informed the Court the Public Defender's Office would not be representing appellant on appeal. A supplemental clerk's record containing the trial court's order appointing Frankie Adler as appellant's counsel was filed November 12, 2021. Accordingly, we **DIRECT** the Clerk of the Court to remove Ms. Garcia as counsel for appellant and substitute Mr. Adler in her place.

/s/ BONNIE LEE GOLDSTEIN
JUSTICE